UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAY CHARLES HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL BALDERAMA, <br><br> Defendant. | CASE NO. C16-6054 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 43. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**.

(2) Plaintiff's action is **DISMISSED without prejudice**.

(3) Plaintiff's motion for extension of time (Dkt. 39) and request that his filing fee be waived (Dkt. 41) are **DENIED**.

Dated this 2nd day of January, 2018.

BENJAMIN H. SETTLE
United States District Judge

ORDER